AARON NAUMBERG et al., appellants,

*v.*

WILLIAM G. E. SEE, receiver, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *See* v. *Heppenheimer, 10 Dick. Ch. Rep. 240.*

*Mr. Richard V. Lindabury,* for the appellants.

*Mr. Francis J. Swayze* and *Mr. John De Witt Warner* (of New York), for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery,

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDEN-BURGH—14.

*For reversal*—None.